Julian M. Baum (SBN 130892)
**Julian M. Baum & Associates**
9 Tenaya Lane
Novato, CA 94947
Telephone: +1 415 963 4424
Facsimile: +1 888 452 3849
Email: jmb@jmblawgroup.com

Robert C. Weems (SBN 148156)
**Weems Law Offices**
526 Third Street, Suite A-2
San Rafael, CA 94901
Telephone: +1 415 881 7653
Facsimile: +1 866 610 1430
Email: rcweems@weemslawoffices.com

Attorneys for Plaintiff Patricia White

Kenneth N. Smersfelt (SBN 166764)
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Email: ksmersfelt@reedsmith.com

Karen A. Braje (SBN 193900)
Nicole Medeiros (SBN 318892)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
Email: kbraje@reedsmith.com and nmedeiros@reedsmith.com

Attorneys for Defendant
Anthem Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANTHEM LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 4:20-cv-03591-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS HEARING**<br><br>**Honorable Haywood S. Gilliam, Jr.** |

# JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS HEARING

Plaintiff Patricia White ("Plaintiff") and defendant Anthem Life Insurance Company ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, the Case Management Conference and Motion to Dismiss Hearing were previously set for December 3, 2020;

WHEREAS, the Court continued the Case Management Conference and Motion to Dismiss Hearing to December 9, 2020;

WHEREAS, due to scheduling conflicts, Defendants' counsel is unable to appear;

WHEREAS, the Parties met and conferred and stipulated to continue the Case Management Conference and Motion to Dismiss Hearing to any of the following dates, if convenient with this Court:  Jan. 14, 2021; Jan. 21, 2021; Jan. 28, 2021; Feb. 4, 2021, or Feb. 11, 2021;

WHEREAS, the Parties have already filed their respective Opposition and Reply briefs with this Court, and will also be filing Supplemental Briefing on December 4, 2020, as requested by this Court's Order dated November 30, 2020;

THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the Parties that the Case Management Conference and Motion to Dismiss Hearing should be continued to one of the aforementioned dates or another date and time convenient for the Court.  No deadlines need to be continued, as the Parties already filed their respective Opposition and Reply briefs and will be filing Supplemental Briefing on December 4, 2020.

Dated:  December 3, 2020

JULIAN M. BAUM & ASSOCIATES

WEEMS LAW OFFICE

By: */s/ Julian M. Baum*
    Julian M. Baum
    Attorneys for Plaintiff
    Patricia White

//

Case No.: 20-cv-03591-HSG     – 1 –

STIPULATION AND ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: December 3, 2020              REED SMITH LLP

By: */s/ Karen A. Braje*
Kenneth N. Smersfelt
Karen A. Braje
Nicole Medeiros
Attorneys for Defendant
Anthem Life Insurance Company

### ORDER

IT IS HEREBY ORDERED, pursuant to the Parties' Stipulation, the Case Management Conference and Motion to Dismiss Hearing shall be continued to January 14, 2021 at 2:00 pm.

IT IS SO ORDERED.

Dated:  12/4/2020

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE